IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 08-cv-02243-RPM-CBS

OLIVEA MARX,

    Plaintiff,

v.

GENERAL REVENUE CORPORATION,
an Ohio corporation

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to File First Amended Complaint and Jury Demand *(doc. # 18)* is GRANTED. Plaintiff's First Amended Complaint and Jury Demand *(doc no. 18-2)* and Exhibit A *(doc. # 18-2)*, both tendered to the court on February 27, 2009, are accepted for filing as of the date of this order.

**DATED:**    March 5, 2009