IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02243-RPM-CBS

OLIVEA MARX,

    Plaintiff,

v.

GENERAL REVENUE CORPORATION, and
KEVIN COBB,

    Defendant.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

Pursuant to the Recommendation of United States Magistrate Judge Craig B. Shaffer, filed November 2, 2009, to which no objection has been filed, it is

ORDERED that the plaintiff's motion for partial summary judgment is denied for the reasons stated in the Magistrate Judge's recommendation.

DATED: December 4th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge