IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02243-RPM-CBS

OLIVEA MARX,

      Plaintiff,

v.

GENERAL REVENUE CORPORATION, and
KEVIN COBB,

      Defendant.

_____

### ORDER FOR TRIAL SETTING CONFERENCE
_____

      Pursuant to the Final Pretrial Order entered by Magistrate Judge Craig B. Shaffer on September 14, 2009, and it appearing that this matter should now be set for jury trial, it is

      ORDERED that counsel will appear for a trial setting conference at **10:30 a.m. on December 29, 2009**, in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

      DATED:   December 4th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge