IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02243-RPM-CBS

OLIVEA MARX,

    Plaintiff,

v.

GENERAL REVENUE CORPORATION, and
KEVIN COBB,

    Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the trial setting conference today, it is

ORDERED that this matter is set for trial to jury on **May 17, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.** It is

FURTHER ORDERED that on or before March 31, 2010, 4:00 p.m., counsel shall file trial briefs electronically and submit final lists of witnesses, exhibits, stipulations of fact and proposed instructions in paper form directly to chambers.

DATED:   December 29th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge