Case No. 08-CV-2243 Judge: Richard P. Matsch
<u>OLIVEA MARX V. GENERAL REVENUE CORPORATION AND KEVIN COBB</u>
Plaintiff's Exhibits                                                                                   Page 1

| EXHIBIT LETTER | BRIEF DESCRIPTION | OFFER | STIP. | IN | OUT | REMARKS |
|---|---|---|---|---|---|---|
| 1 | Account Notes, Bates-Stamp No's GRC00001 through GRC00015 | | X | | | |
| 2 | Phone Records from Sprint received from Defendant's Counsel, coversheet plus four pages. | | X | | | |
| 3 | Fax sent to Plaintiff's place of employment on 9/23/08 | | X | | | |
| 4 | Copy of Payment authorization from Plaintiff copied onto Edfund letter dated 12/11/08. | | X | | | |
| 5 | Sprint Phone Records received in response to Subpoena from Plaintiff to Sprint | | X | | | |