**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                          May 17, 2010
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 08-cv-02243-RPM-CBS

| | |
|---|---|
| OLIVEA MARX, | David M. Larson |
| | Richard B. Wynkoop |
| Plaintiff, | |
| v. | |
| GENERAL REVENUE CORPORATION, an Ohio corporation, | Steven J. Wienczkowski |
| | Adam L. Plotkin |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Trial To Court Day One**

**8:30 a.m.        Court in session.**

Plaintiff and defendant's representative Kevin Dryer are present.

Court's preliminary remarks.

8:31 a.m.        Plaintiff's opening statement by Mr. Wynkoop.
8:32 a.m.        Defendant's opening statement by Mr. Wienczkowski.

Counsel stipulate to the admission of all exhibits.
**All Plaintiff's and Defendant's Exhibits are stipulated and received.**

8:34 a.m.        Plaintiff, Olivea Marx, sworn.

Direct examination of Ms. Marx by Mr. Wynkoop.

Reference to Plaintiff's Exhibits 4 and 3.

9:09 a.m.        Cross examination of Ms. Marx by Mr. Wienczkowski.

Reference to Defendant's Exhibits B and D.
Reference to the May 12, 2009 deposition transcript of Olivea Marx.
Reference to Plaintiff's Exhibit 3.

10:04 a.m.       Redirect examination of Ms. Marx by Mr. Wynkoop.

May 17, 2010
08-cv-02243-RPM

Reference to Plaintiff's Exhibits 1 and 3.

Plaintiff rests.

Defendant's oral motion for judgment as a matter of law pursuant to Rule 50.
Argument by Mr. Wienczkowski.

**10:16 a.m.       Court in recess.**
**10:31 a.m.       Court in session.**

10:32 a.m.       Defendant's witness, Kevin Cobb, sworn.

Direct examination of Mr. Cobb by Mr. Wienczkowski.

Reference to Defendant's Exhibit A
Reference to Plaintiff's Exhibit 3.

11:06 a.m.       Cross examination of Mr. Cobb by Mr. Larson.

Reference to Plaintiff's Exhibit 3.
Reference to the February 18, 2009 deposition transcript of Mr. Cobb.

11:31 a.m.       Redirect examination of Mr. Cobb by Mr. Wienczkowski.

Mr. Wienezkowski states defendant withdraws its Bona Fide Error defense as stated on record.

11:34 a.m.       Defendant's witness, Jeffrey Deason, sworn.

Direct examination of Mr. Deason by Mr. Wienczkowski.

Reference to Defendant's Exhibit A.

11:51 a.m.       Cross examination of Mr. Deason by Mr. Larson.

Reference to the February 18, 2009 deposition transcript of Mr. Deason.

**12:00 p.m.       Court in recess.**
**1:34 p.m.        Court in session.**

Court states it read the defendant's offered deposition transcript testimony of Whitney Cooke and Helicia Range and that the objections indicated are overruled.

1:34 p.m.       Defendant's witness, Ryan Ashby, sworn.

Direct examination of Mr. Ashby by Mr. Wienczkowski.

Reference to Defendant's Exhibits C, A and D.

May 17, 2010
08-cv-02243-RPM

2:26 p.m.        Cross examination of Mr. Ashby by Mr. Larson.

Reference to Defendant's Exhibits A and C.
Reference to the February 18, 2009 deposition transcript of Mr. Ashby.
Reference to Plaintiff's Exhibit 3

2:57 p.m.        Redirect examination of Mr. Ashby by Mr. Wienczkowski.

Reference to Defendant's Exhibit A.

3:01 p.m.        Defendant's witness, Eric Tyrell, sworn.

Direct examination of Mr. Tyrell by Mr. Wienczkowski.

Reference to Defendant's Exhibit E.

3:11 p.m.        Cross examination of Mr. Tyrell by Mr. Wynkoop.

Reference to Defendant's Exhibit E.
Reference to Plaintiff's Exhibit 5.

3:16 p.m.        Redirect examination of Mr. Tyrell by Mr. Wienczkowski.

Reference to Defendant's Exhibit E.

Defendant rests.

**Evidence closed**.

**3:17 p.m.        Court in recess.**
**3:33 p.m.        Court in session.**

3:34 p.m.        Plaintiff's closing argument by Mr. Larson.
3:49 p.m.        Defendant's closing argument by Mr. Wienczkowski.
4:08 p.m.        Rebuttal argument by Mr. Wynkoop.

**Court makes oral findings of fact and conclusions of law as stated on record.**

**ORDERED:    Plaintiff failed to prove any violations of the statute or regulations.**
**Judgment to enter for defendant.**

**Court signs Stipulation and Order Regarding Custody of Exhibits and Depositions.  (Exhibits and Depositions returned to counsel).**

**4:25 p.m. Court in recess.**        Trial concluded.  Total time: 6hrs. 21min.