**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02243-RPM-CBS

OLIVEA MARX,

    Plaintiff,

v.

GENERAL REVENUE CORPORATION, an Ohio Corporation and
KEVIN COBB,

    Defendants.

_____

**JUDGMENT**
_____

    Pursuant to and in accordance with the oral stipulation by counsel at the May 7, 2010 trial preparation conference, it was

    ORDERED that defendant Kevin Cobb is dismissed.

    This matter was tried to Court on May 17, 2010 Senior District Judge Richard P. Matsch presiding. The trial proceeded to conclusion and the Court found that the plaintiff failed to prove any violation of the statute or regulations. It is

    FURTHER ORDERED that judgment is entered in favor of defendant General Revenue Corporation and against plaintiff Olivea Marx. It is

    FURTHER ORDERED that defendant General Revenue Corporation shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment. It is

    FURTHER ORDERED that the Complaint, Amended Complaint and this civil action are dismissed.

    DATED at Denver, Colorado, this 17th day of May, 2010.

                            FOR THE COURT:

                            Gregory C. Langham, Clerk

                                s/J. Chris Smith

                          By: _____
                                Deputy Clerk